UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND,<br><br>*Plaintiff*,<br><br>*vs.*<br><br>PHYSICIANS MEDICAL ASSOCIATES, LLC,<br><br>*Defendant*. | No. 2:17-cv-00504-JMS-DLP |

## **ORDER**

Presently pending before the Court is a Motion for Default Judgment on Sum Certain filed by Plaintiff Board of Trustees of the Indiana Laborers Welfare Fund (the "Fund"). [Filing No. 10.] Plaintiff asks this Court to enter default judgment in favor of the Fund and against Defendant Physicians Medical Associates, LLC in the amount of $7,462.21 in overpaid benefits. [Filing No. 10 at 1; Filing No. 10-1.]

The Clerk entered default against Physicians Medical Associates, LLC pursuant to Federal Rule of Civil Procedure 55(a) on April 5, 2018. [Filing No. 9.] Given the Fund's Motion for Default Judgment and supporting evidence, the Court finds a hearing is unnecessary, and now **GRANTS** the pending Motion. The Court enters **DEFAULT JUDGMENT** pursuant to Federal Rule of Civil Procedure 55(b) in favor of the Fund and against Physicians Medical Associates, LLC in the amount of **$7,462.21** in overpaid benefits.

To the extent that the Fund seek attorneys' fees and costs in connection with this action, it must file a fee application by **May 25, 2018** with supporting documentation. Once the issue of attorneys' fees and costs is resolved, or if no fee application is filed by that date, final judgment will issue accordingly.

Date: 4/30/2018

*signature*

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Physicians Medical Associates, LLC
Anthony G. Foster, Registered Agent
P.O. Box 542318
Greenacres, FL 33454-2318