UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:17-cv-00504-JMS-DLP |
| PHYSICIANS MEDICAL ASSOCIATES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Presently pending before the Court is a Motion for Attorney Fees, [Filing No. 12], filed by Plaintiff Board of Trustees of the Indiana Laborers Welfare Fund. The Court has reviewed the motion, to which Defendant Physicians Medical Associates, LLC did not respond. The Court concludes that the amount requested is reasonable in light of the information included in the motion.[1] As Defendant has entered no objection, the Court **GRANTS** the motion, [12], and awards Plaintiff reasonable attorneys' fees in the amount of **$1,065.00**. Final judgment shall enter accordingly.

---

[1] The Court notes that Plaintiff's counsel has requested the same amount, $1,065, in at least two other cases of this type, and has provided identical information regarding the task descriptions and the amount of time spent on each task. *See Board of Trustees of the Indiana Laborers Welfare Fund v. Garrett*, 2:18-cv-00034-JMS-DLP, at dkt. 13; *Board of Trustees of the Indiana Laborers Welfare Fund v. McDaniel*, 2:17-cv-00502-JMS-MJD, at dkt. 12. The Court finds the amount requested to be reasonable, but is concerned regarding the uniformity of Plaintiff's counsel's requests. Specifically, the Court is concerned that counsel is recycling previous invoices, rather than providing information for the particular case at hand. While it may be that Plaintiff's counsel does spend the same amount of time and complete the same tasks for each case of this type, the coincidence seems unlikely. If counsel simply bills his client at a flat rate, he should so state. The Court cautions Plaintiff's counsel to ensure that he is accurately recording the time spent on each case in the future.

1

Date: 6/1/2018

*Hon. Jane Magnus-Stinson, Chief Judge*
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Physicians Medical Associates, LLC
Anthony G. Foster, Registered Agent
P.O. Box 542318
Greenacres, FL 33454-2318