UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:17-cv-00504-JMS-DLP |
| PHYSICIANS MEDICAL ASSOCIATES, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having entered default judgment in favor of Plaintiff Board of Trustees of the Indiana Laborers Welfare Fund and against Defendant Physicians Medical Associates, LLC pursuant to Federal Rule of Civil Procedure 55(b), the Court now enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiff in the amount of $7,462.21 in overpaid benefits and $1,065 in attorneys' fees, for a total judgment of **$8,527.21**.

Date: 6/1/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Physicians Medical Associates, LLC
Anthony G. Foster, Registered Agent
P.O. Box 542318
Greenacres, FL 33454-2318